CAUSE No. 08-13-00121-CR

ERNESTO LAFRIENZA (PETITIONER)

VS.

THE STATE OF TEXAS

PD-1207-15

IN THE COURT OF

CRIMINAL Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk

PETITIONERS MOTION FOR EXTENSION TO FILE PETION FOR DISCRETIONARY REVIEW

TO THE Honorable JUDGES OF SAID COURT:

Comes Now DEFENDANT, ERNESTO LAFRIENZA, THE PETITIONER IN THE ABOVE STYLE CAUSE NUMBER FROM THE EIGHTH DISTRICT OF TEXAS COURT OF Appeals OF EL PASO, TEXAS, Comes Now TO MOTION TO THE Honorable COURT TO REQUEST FOR AN 30 DAY EXTENSION TO FILE His PETION FOR DISCRETIONARY WITH THIS Honorable COURT AND, IN SUPPORT Would LIKE TO STATE THE Following.

THE PETITIONER WAS INDICTED, AND CONVICTED BY JURY IN THE 34th DISTRICT COURT OF EL PASO COUNTY, TEXAS OF 2 COUNTS OF Agg. ROBBERY, AND WAS SENTENCED to FIFTY YEARS ON EACH COUNT TO THE INSTITUTIONAL Division OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN APRIL 2013, THE PETITIONER THEN FILED AN Appeal OF His CONVICTION WITH THE EIGHTH DISTRICT COURT OF Appeals OF TEXAS, IN EL PASO, TEXAS NO. 08-13-00121-CR, AND THE COURT AFFIRMED THE CONVICTION By Denying THE Appeal ON AUGUST 21, 2015. THE PETITIONER WAS THEN NOTIFIED BY His Appellate ATTORNEY ON AUGUST 24, 2015 LETTER THAT His OFFICE Would NOT BE Representing Him any Further AND THAT HE HAS ONLY 30 Days TO FILE His PETITION FOR DISCRETORY Review

So He Comes Now, TO ASK THE Honorable JUDGES TO GRANT Him AN 30 DAY TIME PERIOD OF EXTENTION, TO OCTOBER 21, 2015 TO FILE His PETITION FOR DISCRETIONARY REVIEW WITH THIS COURT, BEING THAT He is a Lay MAN OF THE LAW, AND NEED TIME TO RESEARCH, AND Develop His (P.D.R) and SEND it IN.

WHERE AS PREMISES CONCERN THE PETITIONER Respectfully Hopes, and PRAYS THAT THE HONORABLE COURT HEARS, AND Considers THis MOTION FOR EXTENSION OF TIME TO FILE His PETITION FOR DISCRETIONARY REVIEW, AND AFTER CONSIDERATION, GRANTS SUCH REQUEST, AND ORDER FOR 30 DAY TIME EXTENSION, AND THAT (P.D.R) TO BE FILED By OCTOBER 21, 2015

FILED IN
COURT OF CRIMINAL APPEALS

SEP 17 2015

Abel Acosta, Clerk

Respectfully SUBMITTED BY

#1854911

ERNESTO LAFRIENZA, PRO SE
9601 SPUR 591
AMARiLLO TX, 79107